**AND UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| **In Re:  AUTOMOTIVE PARTS ANTITRUST LITIGATION** | 12-md-02311<br>Honorable Sean F. Cox<br>Mag. Judge R. Steven Whalen |
| **In Re:  WIRE HARNESS CASES** | 2:12-cv-00100-SFC-RSW<br>2:12-cv-00101-SFC-RSW<br>2:12-cv-00102-SFC-RSW<br>2:12-cv-00103-SFC-RSW<br>2:14-cv-00106-SFC-RSW<br>2:14-cv-00107-SFC-RSW<br>2:14-cv-14451-SFC-MKM |
| **In Re:  BEARINGS** | 2:12-cv-00500-SFC-RSW<br>2:12-cv-00501-SFC-RSW<br>2:12-cv-00502-SFC-RSW<br>2:12-cv-00503-SFC-RSW<br>2:12-cv-12263-SFC-RSW<br>2:12-cv-12932-SFC-RSW<br>2:13-cv-00505-SFC-RSW<br>2:14-cv-00507-SFC-RSW<br>2:14-cv-12095-SFC-RSW<br>2:14-cv-13356-SFC-RSW<br>2:15-cv-12068-SFC-RSW |

**THIS RELATES TO:
ALL CASES**

/

## ORDER GRANTING MOTION TO WITHDRAW LARRY S. GANGNES

This matter is before the Court on the Motion to Withdraw Appearance of Larry S. Gangnes as Counsel for Furukawa Electric Co., Ltd. and American Furukawa, Inc. ("Furukawa"), and Defendants Nachi-Fujikoshi Corp. and Nachi America Inc. ("Nachi"), and this Court states as follows:

709315.0013/9058275.1

IT IS HEREBY ORDERED:

The Motion to Withdraw Appearance of Larry S. Gangnes as Counsel for Furukawa and Nachi in all actions, including all lead and class cases, is hereby GRANTED with immediate effect.

Dated: August 10, 2022                                     s/Sean F. Cox
                                                           Sean F. Cox
                                                           U. S. District Judge

709315.0013/9058275.1